# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



## FINAL JUDGMENT

February 20, 2019

Before:  JOEL M. FLAUM, Circuit Judge
AMY C. BARRETT, Circuit Judge
MICHAEL Y. SCUDDER, Circuit Judge

| No. 18-2431 | DOUGLAS HOLLOWAY, Plaintiff - Appellant<br><br>v.<br><br>SOO LINE RAILROAD COMPANY, doing business as Canadian Pacific, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-09191<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)